# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jannel Vargas,<br><br>  Plaintiff,<br><br>v.<br><br>National Credit Systems Incorporated,<br><br>  Defendant. | **NO. CV-17-00415-PHX-JJT**<br><br>**JUDGMENT IN A CIVIL CASE** |

Pursuant to Plaintiff having accepted Defendant's offer of judgment, judgment is hereby entered against Defendant National Credit Systems Incorporated in the amount of $ 2,000.00 for damages, plus reasonable attorney's fees and costs incurred by Plaintiff in an amount agreed to by the parties, or if the parties are unable to agree, as determined by the Court upon motion, with interest to accrue from the date of judgment until satisfied. This action is hereby terminated.

Brian D. Karth
District Court Executive/Clerk of Court

April 18, 2017

By   s/ Rebecca Kobza
     Deputy Clerk